## JAMES ET AL. *v.* TODD, COMMISSIONER OF AGRICULTURE AND INDUSTRIES OF ALABAMA.

No. 464.   Decided December 15, 1958.

*Joe T. Patterson,* Attorney General of Mississippi, *W. E. McIntyre, Jr.,* Special Assistant Attorney General, *Frank M. Dixon* and *Sol E. Brinsfield* for appellants.

*John Patterson,* Attorney General of Alabama, and *Gordon Madison* and *George O. Miller, Jr.,* Assistant Attorneys General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

MR. JUSTICE FRANKFURTER took no part in the consideration or decision of this case.